# EXHIBIT A



**Haven12**

| | | | | # of Units: | **152** |
| --- | --- | --- | --- | --- | --- |
| | | | | # of Beds: | **536** |
| Monthly Physical Occupancy | 88.2% | 88.2% | 88.2% | 88.2% | |
| Monthly Economic Occupancy | 68.9% | 68.9% | 68.9% | 68.9% | |
| Average Market Rent per Bed | 524.22 | 524.22 | 524.22 | 524.22 | |
| Average Leased Rent per Bed | 527.10 | 527.10 | 527.10 | 527.10 | |

| Account Name | May 7 - May 31 | Jun-21 | Jul-21 | Total | Per Bed Total |
| --- | --- | --- | --- | --- | --- |
| **Total Rental Income** | 9,305 | 193,587 | 193,587 | 396,480 | 739.70 |
| **Total Leasing Fees** | 1,790 | 1,640 | 800 | 4,230 | 7.89 |
| **Total Telecom Income** | 400 | 500 | 1,175 | 2,075 | 3.87 |
| **Total Utility Income** | - | - | - | - | - |
| **Total Fees and Penalty Income** | 2,560 | 1,400 | 2,275 | 6,235 | 11.63 |
| **Total Other Revenue** | 1,600 | 1,600 | 1,600 | 4,800 | 8.96 |
| | | | | - | - |
| **Total Revenue** | 15,655 | 198,727 | 199,437 | 413,820 | 772.05 |
| Operating Expenses | | | | | |
| **Total Administrative Expense** | 6,540 | 5,090 | 8,305 | 19,677 | 36.71 |
| **Total Payroll** | 48,994 | 30,380 | 28,256 | 101,888 | 190.09 |
| **Total Bad Debt** | - | 931 | 1,569 | 3,500 | 6.53 |
| **Total Management Fees** | 6,467 | 6,428 | 6,431 | 19,326 | 36.06 |
| **Total Advertising & Promotion** | 2,892 | 6,738 | 8,433 | 22,034 | 41.11 |
| **Total Telecommunication Services** | 11,739 | 11,279 | 11,279 | 33,838 | 63.13 |
| **Total Utility Expense** | 1,868 | 28,563 | 29,051 | 87,759 | 163.73 |
| **Total Outside Services** | 1,630 | 2,075 | 2,241 | 5,946 | 11.09 |
| **Total Contract Services** | 159 | 165 | 165 | 489 | 0.91 |
| **Total Landscaping** | - | 4,150 | 8,150 | 16,450 | 30.69 |
| **Total Repairs & Maintenance** | 3,148 | 10,491 | 22,045 | 35,737 | 66.67 |
| **Total Turnover & Recoverable Costs** | - | - | 11,837 | 11,837 | 22.08 |
| **Total Taxes & Insurance** | - | 35,833 | 35,833 | 77,499 | 144.59 |
| **Total Operating Expenses** | 83,437 | 142,125 | 173,597 | 435,981 | 813.40 |
| **Net Cash Flow from Operations** | (67,782) | 56,602 | 25,841 | 14,661 | 27.35 |
| **Beginning Cash (Exclusive of Tax Escrow)** | 314,694 | 211,912 | 158,110 | 314,694 | |
| **Cash From Operations** | -67,782 | 56,602 | 25,841 | 14,661 | |
| **Legal Fees Bankruptcy** | 0 | -25,000 | -25,000 | -50,000 | |
| **Legal Fees - Litigation** | -10,000 | -10,000 | -10,000 | -30,000 | |
| **Financial Advisor Fees** | 0 | -2,500 | -2,500 | -5,000 | |
| **UST Fees** | 0 | 0 | -16,553 | -16,553 | |
| **Cash Collateral Payments** | -25,000 | -25,000 | -25,000 | -75,000 | |
| **Capital Expenditures/Repairs (See CAPEX Tab)** | 0 | -47,904 | -81,098 | -129,002 | |
| **Owner Capital Contribution** | 0 | 0 | 0 | 0 | |
| **Ending Cash** | 211,912 | 158,110 | 23,800 | 23,800 | |